UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHARON L. FOSTER,

    Appellant,

  v.

BILL ORA PATTERSON,

    Appellee.

CASE NO. C04-1803C

ORDER

    This matter comes before the Court on Appellant Sharon Foster's Motion for Reconsideration (Dkt. No. 24). Appellant requests that the Court reconsider its May 17, 2005 Order Affirming the Bankruptcy Court's Order ("May Order") (Dkt. No. 23). The Court has carefully considered the papers submitted by Appellant and hereby DENIES Appellant's motion.

    Motions for reconsideration are disfavored. CR 7(h)(1). The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence. *Id.*

    In its May Order, the Court found that the Bankruptcy Court did not commit clear error in finding that Appellant failed to prove her allegations of fraud and misrepresentation. Appellant now contends that her failure to prove these allegations at the hearing was a result of Judge Glover's failure to address,

ORDER – 1

1 or allow her to discuss, the required elements.  Not only is this allegation unsupported in the record, but
2 it also is not sufficient to support a finding of manifest error in the Court's May Order.  Accordingly, the
3 Court hereby DENIES Appellant's motion.

4

5        SO ORDERED this   7th   day of June, 2005.

6

7

8                                                    _____
                                             UNITED STATES DISTRICT JUDGE

26 ORDER – 2